UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF LOUISIANA

IN RE: R. WILLIAM HUYE, III

## MOTION TO LIFT STAY AND WITHDRAW AS COUNSEL OF RECORD

R. William Huye, III (LA Bar No. 38282) hereby moves the Court for an order lifting the stay of this matter and allowing him to withdraw as counsel of record in all matters identified in the attached list of cases, specifically on the grounds that the Louisiana Supreme Court issued an Order, which was effective immediately, suspending R. William Huye, III from the practice of law on an interim basis, pending further orders of the Louisiana Supreme Court. As such, R. William Huye, III is disqualified to act as a lawyer since March 3, 2023 and is withdrawing from these matters. Pursuant to Rules of Supreme Court of Louisiana, Rule XIX §26(F), a copy of the notice to opposing counsel, or in the absence of opposing counsel, the adverse party, are available for review in civil action number 6:22-cv-03305.

**WHEREFORE**, R. William Huye, III (LA Bar No. 38282) prays that the foregoing *Motion to Lift Stay and Withdraw as Counsel of Record* be granted and that he be allowed to withdraw as counsel of record in all matters identified in the attached list of cases.

Dated: March 29, 2023.

Respectfully Submitted:

/s/ R. William Huye, III
**R. William Huye, III, LA Bar No. 38282**
**MCCLENNY MOSELEY & ASSOCIATES, PLLC**[1]
1820 St. Charles Ave., Suite 110
New Orleans, Louisiana 70130
Phone: (504) 962-8592
Email: William@mma-pllc.com

---

[1] Mr. Huye is no longer practicing law at McClenny, Moseley & Associates, PLLC, but he can be reached through the law firm relative to issues surrounding his withdrawal.