**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| **ERIC MOSER,**     *Plaintiff,* | : : : | **CIVIL ACTION NO. 1:22-cv-04196** |
| **vs.** | : : | **JUDGE JAMES D. CAIN, JR.** |
| **STATE FARM FIRE AND CASUALTY COMPANY, STATE FARM GENERAL INSURANCE COMPANY AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**     *Defendants.* | : : : : : : : | **MAGISTRATE JUDGE KATHLEEN KAY** |

## **NOTICE OF APPEARANCE**

To the Court, all parties, and their attorneys of record:

Please take notice that Taylor A. Thibodeaux, Christopher P. Ieyoub, V. Ed McGuire, III, and Jacinda L. Denison, each of whom is admitted to practice in this District and in good standing, and each of whom practices with Plauché, Smith & Nieset, L.L.C., hereby appear as counsel of record on behalf of Defendants, State Farm Fire and Casualty Company, State Farm General Insurance Company and State Farm Mutual Automobile Insurance Company.

Effective immediately, please add Taylor A. Thibodeaux, Christopher P. Ieyoub, V. Ed McGuire, III, and Jacinda L. Denison, as attorneys to be noticed on all future correspondence, pleadings, court documents, and ECF notices:

| | |
|---|---|
| **TAYLOR A. THIBODEAUX (#38423)** Plauché, Smith & Nieset, L.L.C. 718 Ryan Street Lake Charles, Louisiana 70601 Phone: (337) 436-0522 Fax: (337) 436-9637 tthibodeaux@psnlaw.com | **CHRISTOPHER P. IEYOUB (#16978)** Plauché, Smith & Nieset, L.L.C. 718 Ryan Street Lake Charles, Louisiana 70601 Phone: (337) 436-0522 Fax: (337) 436-9637 cieyoub@psnlaw.com |

| | |
|---|---|
| **V. ED MCGUIRE, III (#23861)** <br> Plauché, Smith & Nieset, L.L.C. <br> 718 Ryan Street <br> Lake Charles, Louisiana 70601 <br> Phone: (337) 436-0522 <br> Fax: (337) 436-9637 <br> emcguire@psnlaw.com | **JACINDA L. DENISON (#38960)** <br> Plauché, Smith & Nieset, L.L.C. <br> 718 Ryan Street <br> Lake Charles, Louisiana 70601 <br> Phone: (337) 436-0522 <br> Fax: (337) 436-9637 <br> jdenison@psnlaw.com |

Respectfully submitted:

**PLAUCHÉ, SMITH & NIESET, L.L.C.**

By: */s/ Taylor A. Thibodeaux*
TAYLOR A. THIBODEAUX (#38423)
CHRISTOPHER P. IEYOUB (#16978)
V. ED MCGUIRE, III (#23861)
JACINDA L. DENISON (#38960)
718 Ryan Street
Lake Charles, Louisiana  70601
Telephone: (337) 436-0522
Facsimile:  (337) 436-9637
tthibodeaux@psnlaw.com
cieyoub@psnlaw.com
emcguire@psnlaw.com
jdenison@psnlaw.com
*Attorneys for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2023, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to counsel for all parties by operation of the Court's electronic filing system.

*s/ Taylor A. Thibodeaux*
TAYLOR A. THIBODEAUX